IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA	Date: June 29, 2016

vs.	Case No. 15-3106-01-CR-S-MDH

JOSEPH CYRUS

Honorable Douglas Harpool, presiding at Springfield, Missouri

Nature of Hearing: Sentencing

Time Commenced: 11:32 a.m.	Time Terminated: 12:13 p.m.

APPEARANCES

Plaintiff: John Kellher, AUSA	Defendant: Ian Lewis, AFPD

Proceedings: Parties appear as indicated, dft in person. Court acknowledges dft's objections to the PSI. Dft accorded allocution. SENTENCE: Dft is committed to the BOP for 24 months on Count 1; followed by 3 years supervised release. No fine. $100 MPA. $14,669.00 in Restitution-interest waived. Mandatory drug testing waived. Special conditions of supervised release imposed. Dft advised of right to appeal. Court recommends dft be designated to a medical center in the bay area of California.

COURTROOM DEPUTY: Linda Howard
COURT REPORTER: Jeannine Rankin
USPPTS: Roxana Stone